IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE PATRICIA A. COAN

Civil Action No. 05-cv-01005-EWN-PAC

SONY HOME ENTERTAINMENT INC., a Delaware corporation;
COLUMBIA PICTURES INDUSTRIES, INC., a Delaware corporation;
PARAMOUNT PICTURES CORPORATION, a Delaware corporation;
WARNER BROS. ENTERTAINMENT INC., a Delaware corporation;
DISNEY ENTERPRISES, INC., a Delaware corporation;
UNIVERSAL CITY STUDIOS PRODUCTIONS, LLLP, a Delaware limited liability limited partnership; and
TWENTIETH CENTURY FOX FILM CORPORATION, a Delaware corporation,

        Plaintiff(s),
v.

DOES 1 - 13,
whose names are unknown,

        Defendant(s).

---

## ORDER SETTING
## SCHEDULING/PLANNING CONFERENCE

---

        The above captioned case has been referred to Magistrate Judge Patricia A. Coan pursuant to the Order of Reference entered by Judge Edward W. Nottingham on June 6, 2005.

        IT IS HEREBY **ORDERED** that a Scheduling/Planning Conference pursuant to Fed.R.Civ.P. 16(b) shall be held on **July 19, 2005**, commencing at **8:30 am** in Courtroom A501, 5th Floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver. If this date is not convenient for any counsel, he/she should confer with opposing counsel and my secretary to reschedule the conference to a more convenient date.

        **Absent exceptional circumstances, no request for rescheduling any appearance in this court will be entertained unless a request is made five days in advance of the date of appearance.**

        <u>**The plaintiff shall notify all parties, who have not entered an appearance of the date and time of the Scheduling/Planning Conference.**</u>

        IT IS **ORDERED** that counsel for the parties in this case are to hold a pre-scheduling conference meeting and prepare a proposed Scheduling Order in accordance with Fed.R.Civ.P. 26(f), as amended, on or before <u>21 days prior to scheduling conference</u>. **The proposed Scheduling Order shall include a discovery cut-off date no later than 15 days prior to the dispositive motion deadline set by the District Court Judge**. Pursuant to Fed.R.Civ.P. 26(d), as amended, no discovery shall be exchanged until after the Rule 26(f) meeting. No later than five (5) calendar days prior to the Scheduling/Planning Conference, counsel shall submit their proposed Scheduling Order to the **Magistrate Judge assigned**. In addition, on or before <u>10 days after pre-scheduling conference meeting</u>, the parties shall comply with the mandatory disclosure requirements of Fed.R.Civ.P. 26(a)(1), as amended.

        **The parties shall prepare the proposed Scheduling Order in accordance with the form which may be downloaded in richtext format from the forms section of the Court's website at www.co.uscourts.gov. Instructions for downloading in richtext format are posted in the forms section of the website.**

        IT IS **FURTHER ORDERED** that at least five (5) calendar days prior to the Scheduling/Planning Conference, counsel for each party shall submit a brief Confidential Settlement Statement to the Magistrate

Judge **ONLY**, outlining the facts and issues involved in the case, and the possibilities for settlement, including any settlement authority from the client. The confidential settlement statements shall be submitted to the Clerk's Office in Room A105 and marked "Personal and Confidential", and copies are not to be supplied to opposing counsel. Counsel should be prepared to discuss settlement at the Scheduling/Planning Conference and should obtain settlement authority from the client, or have the client available either in person or by telephone.

All out-of-state counsel shall comply with D.C.COLO.LCivR 83.3 prior to the Scheduling/Planning Conference.

**The parties are ORDERED to file an original and two (2) copies of all pleadings filed with the Court.  See D.C. Colo. LCivR 10.1L.**

**The Parties are further advised that they shall not assume that the Court will grant the relief requested in any motion.  Failure to appear at a court-ordered conference or to comply with a court-ordered deadline which has not been vacated by court order may result in the imposition of sanctions.**

Should the parties need to reschedule this conference, counsel shall contact the Judge's chambers no later than 5 days prior to the scheduled conference with three proposed alternate dates for the resetting of this conference.

In compliance with D.C. Colo. LCivR 83.2B all parties, counsel and witnesses shall have on their person valid, current, photo identification when entering the courthouse.

DATED: June 22, 2005 at Denver, Colorado.

BY THE COURT:

s/Patricia A. Coan
Patricia A. Coan
United States Magistrate Judge